IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., *et al.*,<br><br>           Plaintiffs,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>           Defendants. | Civil Action No. 14-953 |

## RULE 7.1 DISCLOSURE STATEMENT

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following:

Below are parent companies, subsidiaries, or affiliates of Advance America, Cash Advance Centers, Inc., which have any outstanding securities in the hands of the public:

- Grupo Elektra, S.A.B. de C.V. is publicly traded and is the parent company of Eagle U.S. Sub, Inc., which is the parent company of Advance America, Cash Advance Centers, Inc.

These representations are made in order that the judges of this court may determine the need for recusal.

1

Date:   June 5, 2014                              Respectfully submitted,


                                                  s/ Charles J. Cooper
                                                  Charles J. Cooper (Bar No. 248070)
                                                  ccooper@cooperkirk.com
                                                  David H. Thompson (Bar No. 450503)
                                                  Howard C. Nielson, Jr. (Bar No. 473018)*
                                                  COOPER & KIRK, PLLC
                                                  1523 New Hampshire Avenue, N.W.
                                                  Washington, D.C. 20036
                                                  (202) 220-9600
                                                  (202) 220-9601 (fax)
                                                  *Application for admission pending