AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Community Financial Services Association of America, Ltd., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14-953 GK |
| Federal Deposit Insurance Corp., et al., | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Federal Deposit Insurance Corp.
550 17th Street, N.W.
Washington, D.C. 20429

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles J. Cooper
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 6/11/2014

/s/ Michael Darby

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Community Financial Services Association of America, Ltd., et al.** | ) | |
| **Plaintiff(s)** | ) | **Case No.: 1:14-cv-00953-GK** |
| **v.** | ) | |
| **Federal Deposit Insurance Corporation, et al.** | ) | |
| **Defendant(s)** | ) | |

## AFFIDAVIT OF SERVICE

I, Alprentice D. Davis, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint for Declaratory and Injunctive Relief, Rule 7.1 Disclosure Statement, and Notice of Appearance in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on June 12, 2014 at 12:15 PM, I served Federal Deposit Insurance Corporation with the Summons, Complaint for Declaratory and Injunctive Relief, Rule 7.1 Disclosure Statement, and Notice of Appearance at 550 17th Street, NW, Washington, DC 20429 by serving Patricia Devoti, Information Specialist, authorized to accept.

Patricia Devoti is described herein:
Gender: Female Race/Skin: White Hair: Black Glasses: Yes Age: 55 Height: 5'8" Weight: 145

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6/13/14
Executed on:

Alprentice D. Davis
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 14-108681 Client Reference: 371-0