**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMUNITY FINANCIAL SERVICES
ASSOCIATION OF AMERICA, LTD.,
515 King Street, Suite 300
Alexandria, VA 22314,

and

ADVANCE AMERICA, CASH ADVANCE
CENTERS, INC.,
135 North Church Street
Spartanburg, SC 29306,

Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION,
550 17th Street, N.W.
Washington, D.C. 20429,

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551,

OFFICE OF THE COMPTROLLER OF THE
CURRENCY,
Constitution Center
400 7th Street, S.W., Suite 3E-218
Washington, D.C. 20219,

and

THOMAS J. CURRY, in his official capacity
as the Comptroller of the Currency,
Constitution Center
400 7th Street, S.W., Suite 3E-218
Washington, D.C. 20219,

Defendants.

Civil Action No. 14-953-GK

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2014, a true and correct copy of Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief was filed electronically and, pursuant to LCvR 5.4(d)(2), was also served by First Class U.S. Mail upon the following parties who do not receive electronic notifications of filings.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551

OFFICE OF THE COMPTROLLER OF THE CURRENCY
Constitution Center
400 7th Street, S.W., Suite 3E-218
Washington, D.C. 20219

THOMAS J. CURRY
Comptroller of the Currency,
Constitution Center
400 7th Street, S.W., Suite 3E-218
Washington, D.C. 20219

/s/ Charles J. Cooper
CHARLES J. COOPER