**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 14-953-GK |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), I, Harold S. Reeves, am admitted to practice law in this Court and hereby enter my appearance on behalf of all Plaintiffs.

Date:   October 1, 2014

Respectfully submitted,

s/ Harold S. Reeves
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
hreeves@cooperkirk.com