UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, LTD., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) ) | Case No. 14-953 (GK) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF**

The Third Party Payment Processors' Association (TPPPA) has sought leave to file an *amicus curiae* brief in opposition to Defendants' Motion to Dismiss. Because the Court has broad discretion in determining whether an amicus brief is accepted, *see, e.g.*, *United States v. Microsoft Corp.*, 2002 WL 319366, *2 (D.D.C. Feb. 28, 2002), and because Defendants do not believe they will be prejudiced by the filing of the proposed brief, Defendants do not oppose the request.

Defendants note, however, that the proposed brief does not appear to meet the standards governing the consideration of such motions. This Court has required potential *amici* either to show either a direct legal interest in the ongoing proceedings or to offer information that would assist the court:

> An amicus brief should normally be allowed when a party is not represented competently or is not represented at all, when the amicus has an interest in some other case that may be affected by the decision in the present case (though not enough affected to entitle the amicus to intervene and become a party in the present case), or when the amicus has unique information or perspective that can

> help the court beyond the help that the lawyers for the parties are able to provide. Otherwise, leave to file an amicus curiae brief should be denied.

*Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003).  TPPPA does not appear to satisfy any of these criteria: they do not claim that Plaintiffs are not represented competently, they do not cite an "interest in some other case" that will be affected by this matter, and they offer no "unique information or perspective" that will aid the Court in considering the present motions. TPPPA offers vague, unsupported allegations that one or more of Defendants pressured unspecified banks not to do business with unnamed payday lenders, but that has nothing to do with this case: TPPPA does not claim that those alleged discussions involved Plaintiffs, and discussions between regulators and lenders other than Plaintiffs have no relevance.  Furthermore, TPPPA has nothing to say about the legal arguments set forth in Defendants' motions, and factual allegations extraneous to the Amended Complaint are not properly considered under Rule 12(b)(6).  *Gordon v. National Youth Work Alliance*, 675 F.2d 356, 360 (D.C. Cir. 1982).  And while factual assertions outside the pleadings can sometimes be considered under Rule 12(b)(1), *see Herbert v. Nat'l Academy of Sciences*, 974 F.2d 192, 197 (D.C. Cir. 1992), nothing about TPPPA's assertions pertains to the arguments regarding third-party standing, FDI Act provisions, and mootness raised in Defendants' motions.  The proposed amicus brief therefore sheds no light on the present motions and does not meet this Court's standards for such briefs.

                                              Respectfully submitted,

                                              COLLEEN J. BOLES
                                              Assistant General Counsel
                                              BARBARA KATRON
                                              Senior Counsel

                                              _____/s/_____
                                              DUNCAN N. STEVENS D.C. Bar No. 473550
                                              ERIK B. BOND N.Y. Bar No. 4316030
                                              Counsel

Federal Deposit Insurance Corporation
3501 N. Fairfax Drive, D-7028
Arlington, VA 22226
dstevens@fdic.gov
(703) 562-2402 (phone)
(703) 562-2477 (fax)

Attorneys for Federal Deposit Insurance Corporation

AMY S. FRIEND
Chief Counsel

DANIEL P. STIPANO
Deputy Chief Counsel

HORACE G. SNEED
Director of Litigation

GREGORY F. TAYLOR
Assistant Director of Litigation

PETER C. KOCH
Counsel – Litigation Division
Office of the Comptroller of the Currency
400 7th Street SW
Washington, DC 20219

Attorneys for the Office of the Comptroller of the Currency
and Thomas J. Curry

Katherine H. Wheatley
Associate General Counsel
Yvonne F. Mizusawa
Senior Counsel
Joshua P. Chadwick
Counsel
Board of Governors of the Federal Reserve System
20th & C Streets N.W.
Washington, D.C. 20551
(PH) (202) 452-3436
(FAX) (202) 736-5615

Attorneys for the Board of Governors of the
Federal Reserve System

October 3, 2014