AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| COMMUNITY FIN. SERVICES ASS'N OF AM., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 14-953-GK |
| FEDERAL DEPOSIT INSURANCE CORP., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The LIBRE Initiative Institute                                                                                                  .

Date: 10/09/2014

/s/ Prashant Khetan
*Attorney's signature*

Prashant Khetan, DC Bar No. 477636
*Printed name and bar number*

Cause of Action
1919 Pennsylvania Ave., NW Suite 650
Washington, DC 20006
*Address*

prashant.khetan@causeofaction.org
*E-mail address*

(202) 499-4232
*Telephone number*

(202) 350-4944
*FAX number*