IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCIATION OF AMERICA, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 14-953-GK |
| v. | ) ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*, | ) ) ) | |
| Defendants | ) ) | |

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
THE LIBRE INITIATIVE INSTITUTE IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

The LIBRE Initiative Institute ("LIBRE") respectfully submits this Motion for Leave to File Brief of *Amicus Curiae* (attached as Exhibit A) in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss.

**ARGUMENT**

LIBRE, founded in 2011, is a 501(c)(3) non-partisan and non-profit organization dedicated to raising public awareness and serving as a source of information on pressing economic issues, primarily to the U.S. Hispanic community. LIBRE promotes the benefits of a constitutionally limited government, property rights, rule of law, sound money supply and free enterprise. LIBRE believes that these ideas lead to effective solutions that address the nation's fiscal challenges and improve the overall well-being of our communities. With this mission in mind, LIBRE seeks to file an amicus brief in connection with the pending matter.

In this regard, "[d]istrict courts have inherent authority to appoint or deny *amici* which is derived from Rule 29 of the Federal Rules of Appellate Procedure." *Youming Jin v. Ministry of*

*State Sec.,* 557 F. Supp. 2d 131, 136 (D.D.C. 2008) (citations omitted).  An *amicus curiae* does not represent any of the parties, but participates in order to benefit the Court.  *Id.* (citing *United States. v. Microsoft Corp.*, No. 98-1232, 2002 U.S. Dist. LEXIS 26549, at *2 (D.D.C. Feb. 28, 2002)).  The District Court possesses "broad discretion" to permit participation by an *amicus curiae*, *Nat'l Ass'n of Home Bulders v. United States Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007), *rev'd on other grounds*, 663 F.3d 470 (D.C. Cir. 2011), especially when "the information offered is timely and useful."  *Ellsworth Assocs. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996) (citations omitted).  Courts in this District "normally allow" leave for an *amicus* brief "when the *amicus* has unique information or [a] perspective that can help the court beyond the help that the lawyers for the parties are able to provide."  *Youming*, 557 F. Supp. 2d at 137 (citations omitted).[1]  This information can include, "ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs."  *N. Mariana Islands v. United States*, No. 08-1572, 2009 U.S. Dist. LEXIS 125427, at *3-4 (D.D.C. Mar. 6, 2009) (citations omitted).  LIBRE's proposed brief offers a variety of such materials not found in the parties' briefs, including the real-world impact of Defendants' actions on small businesses and individuals as well as the importance of government transparency.

Finally, LIBRE seeks to file the attached brief in a timely fashion.  Looking to guidance from the Federal Rules of Appellate Procedure, an *amicus curiae* brief is due "no later than seven days after the *principal brief of the party being supported* is filed."  Fed. R. Civ. P. 29(e) (emphasis added).  LIBRE seeks to file as *amicus curiae* to support Plaintiffs' Opposition to Defendants' Motions to Dismiss, filed October 2, 2014.  Thus, the attached *amicus* brief is being

---

[1] This Court has previously granted leave to non-profit organizations that promote minority business development, when those organizations had "a special interest in [the] litigation as well as a familiarity and knowledge of the issues raised therein that could aid in the resolution of [the] case."  *Ellsworth*, 917 F. Supp. at 846.

filed within the seven day time period set forth by the appellate courts. This seven day time period was essential, as it allowed LIBRE to ensure that it was not duplicating arguments made in the brief submitted by Plaintiffs and raising issues relevant to the case, as raised in briefing by both parties.

Plaintiffs have consented to this brief. LIBRE requested consent of Defendants but, to date, none have consented.

## **CONCLUSION**

For the aforementioned reasons, LIBRE respectfully requests that the Court enter the attached Order, granting leave for LIBRE to file the attached *amicus curiae* brief.


Dated: October 9, 2014

                                                Respectfully submitted,

                                                /s/ Daniel Z. Epstein
                                                DANIEL Z. EPSTEIN
                                                PRASHANT K. KHETAN
                                                CAUSE OF ACTION
                                                1919 Pennsylvania Ave., N.W., Ste. 650
                                                Washington, D.C. 20006
                                                (202) 499-4232

                                                Counsel for *Amicus Curiae*
                                                The LIBRE Initiative Institute

## **CERTIFICATE OF SERVICE**

I, Prashant K. Khetan, hereby certify that on October 9, 2014, I electronically filed the foregoing Motion for Leave to File Brief of *Amicus Curiae* The LIBRA Initiative Institute in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss, with proposed Order and Exhibit, which will send notification of such filing to counsel of record for all parties.

/s/ Prashant K. Khetan
PRASHANT K. KHETAN