UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMUNITY FINANCIAL SERVICES ASSOCATION OF AMERICA, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, et al., <br><br> Defendants. | Case No. 14-CV-953 (GK) |

### Order

Plaintiffs, Community Financial Services Association ("CFSA") and Advance America, Cash Advance Centers, Inc. ("Advance America"), brings this lawsuit against the Federal Deposit Insurance Corporation ("the FDIC"), the Board of Governors of the Federal Reserve System, and the Office of the Comptroller of the Currency and Thomas J. Curry, in his official capacity as the Comptroller of the Currency ("the OCC"). Plaintiffs allege that Defendants have violated the due process rights of CFSA's members.

This matter is before the Court on Defendants' Corrected Motion to Dismiss for Lack of Associational or Organizational Standing or, in the Alternative, for Judgment on the Pleadings filed on November 6, 2015, in which Defendants seek dismissal of CFSA as a party to this case. [Dkt. No. 75]. Plaintiffs filed an

Opposition on November 12, 2015, [Dkt. No. 76] and Defendants filed their Reply on November 19, 2015. [Dkt. No. 77]. Upon consideration of the Corrected Motion, Opposition, Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendants' Motion to Dismiss is **granted** and CFSA is dismissed as a party to this action; and it is further

**ORDERED**, that Plaintiff Advance America shall submit to the Court, within 7 days of issuance of this Order, a written update on whether it wishes to proceed on the Motion for Preliminary Injunction [Dkt. No. 87] that is currently pending before the Court, file an amended Motion, or withdraw the Motion; and it is further

**ORDERED**, that if Plaintiff Advance America elects to proceed on the present Motion for Preliminary Injunction, the parties shall submit a list of mutually agreeable dates between January 9-12 or January 31-February 1, 2017, on which they are available to attend a hearing on the Motion.

December 19, 2016

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**