# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 14-953-GK |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by and between the parties that pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff NCP Finance Limited Partnership's and Plaintiff NCP Finance Ohio, LLC's claims are hereby dismissed with prejudice.

Respectfully submitted,

Date: August 7, 2017

For Plaintiffs:

s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Pete Patterson (Bar No. 998668)
Nicole Moss (Bar No. 472424)
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

For Defendants:

COLLEEN J. BOLES
Assistant General Counsel
BARBARA KATRON
Senior Counsel
s/ Andrew J. Dober
DUNCAN N. STEVENS D.C. Bar No. 473550
ANDREW J. DOBER D.C. Bar No. 489638
Counsel
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive, D-7028
Arlington, VA 22226
dstevens@fdic.gov
(703) 562-2402 (phone)
(703) 562-2477 (fax)

*Attorneys for Federal Deposit Insurance Corporation*

s/ Katherine H. Wheatley
Katherine H. Wheatley
Associate General Counsel
Yvonne F. Mizusawa
Senior Counsel
Joshua P. Chadwick, D.C. Bar. No. 502279
Senior Counsel
Yonatan Gelblum
Counsel
Board of Governors of the Federal Reserve System
20th & C Streets, N.W.
Washington, D.C. 20551
(202) 452-3436 (phone)
(202) 736-5615 (fax)
yonatan.gelblum@frb.gov

*Attorneys for Board of Governors of the Federal Reserve System*

AMY S. FRIEND
Chief Counsel
CHARLES M. STEELE
Deputy Chief Counsel
GREGORY F. TAYLOR
Acting Director of Litigation
s/ Peter C. Koch

PETER C. KOCH
Special Counsel – Litigation Division
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone: (202) 649-6313
Facsimile: (202) 649-5709
peter.koch@occ.treas.gov

*Attorneys for the Office of the Comptroller of the Currency and for Keith A. Noreika, in his official capacity as Acting Comptroller of the Currency*