# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 14-953-TNM |

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE AND ADJUST SUMMARY JUDGMENT BRIEFING DEADLINES

The Plaintiffs, with the consent and agreement of the Defendants, respectfully request that the Court reschedule the status conference currently set for August 14, 2018 to either September 6, 2018 or September 7, 2018 with the parties' preference being September 6, 2018. In addition, the parties request that the summary judgment briefing schedule be extended accordingly so that Cross-Motions for Summary Judgment would be due on October 12, 2018, Oppositions to Motions for Summary Judgment would be due by November 27, 2018 and Replies would be due January 4, 2019. In support of this motion the Plaintiffs note the following:

1. The parties have not asked to reschedule this status conference previously and have not previously requested any extensions of time related to the summary judgment briefing schedule.

2.      There is good cause for granting this motion to reschedule the status conference because lead counsel for Plaintiffs, David Thompson, is required to be in federal district court in New Jersey the week of August 13, 2018 for a preliminary injunction hearing.

3.      Moving the summary judgment briefing schedule back three weeks enables the parties to take full advantage of whatever issues are resolved or directives given at the rescheduled status conference.

For the foregoing reasons, the Plaintiffs, with Defendants' consent, respectfully request that this motion be granted.

Date:   July 30, 2018                               Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Pete Patterson (Bar. No. 998668)
Nicole Jo Moss (Bar. No. 472424)
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)