**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, et al., <br><br>          Defendants. | Civil Action No. 14-953-TNM |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO EXCLUDE

On August 17, 2018, Defendants filed their Motion to Exclude the Opinions and Testimony of Charles W. Calomiris under Federal Rule of Evidence 702, Doc. 190-1. Under the Court's rules, Plaintiffs' response is due on August 31, 2018. Plaintiffs respectfully request that this response deadline be extended by 14 days, to September 14, 2018. Plaintiffs have consulted with Defendants in accordance with LCvR 7(m), and Defendants have indicated that they have no objection to this request.

Professor Calomiris has prepared two reports for this case, the second of which Plaintiffs served on Defendants on June 4, 2018. Defendants then deposed Professor Calomiris on July 12. Defendants filed their motion to exclude on August 17, more than a month after deposing him and more than two months after receiving his second report. The motion to exclude makes a wide-ranging attack on Professor Calomiris's testimony, with the brief in support running to 36 pages in length. Plaintiffs respectfully submit that the request to extend their response time from 14 days to 28 days is a reasonable one considering the amount of time Defendants took to

1

prepare the motion to exclude and the length and complexity of the arguments made in support of the motion.

Further supporting Plaintiffs' request are the many additional pressing responsibilities currently facing Plaintiffs' counsel. These responsibilities include the following:

- Plaintiffs' counsel last week completed a preliminary injunction hearing involving several expert witnesses in litigation presenting significant constitutional issues in the District of New Jersey. *Association of New Jersey Rifle & Pistol Clubs, Inc. v. Grewal*, No. 3:18-cv-10507 (D.N.J.). Proposed findings of fact and conclusions of law are due on September 4.

- Plaintiffs' counsel has been preparing and yesterday filed a reply brief due in a matter in the Ninth Circuit presenting significant questions about the scope and applicability of the right to access judicial materials. *Perry v. Schwarzenegger*, No. 18-15292 (9th Cir.).

- Plaintiffs' counsel is on the steering committee for the plaintiffs in a putative class action involving a potential class of over 20 million individuals. *In re: Office of Personnel Management Data Security Breach Litigation*, Nos. 17-5217, 17-5232 (D.C. Cir.). The matter is currently on appeal in the D.C. Circuit, and the plaintiffs' reply brief is due today.

- Plaintiffs' counsel has a response to a motion to dismiss in a case involving significant questions of Vermont constitutional law due on August 27, 2018. *Vermont Federation of Sportsmen's Clubs v. Birmingham*, No. 224-4-18 (Vt. Super. Ct.).

- Plaintiffs' counsel has an appellate brief due in a commercial dispute in the Delaware Supreme Court on August 30, 2018. *Alarm.com Holdings, Inc. v. ABS Capital Partners Inc.*, No. 360, 2018 (Del. Sup. Ct.).

This is the first request for an extension made by either party with respect to Defendants' motion to exclude. The requested extension should have a minor or no impact on other previously set deadlines. The parties' summary judgment motions currently are due on October 12, 2018. The Court's resolution of Defendants' motion will affect the extent to which Professor Calomiris's reports may be used to support Plaintiffs' summary judgment motion. If Plaintiffs' request for an extension is granted, that will extend the time for completing briefing on the motion to exclude from September 7 to September 21. Depending on the timing of the Court's resolution of the motion to exclude, it is possible that an extension of the summary judgment deadline will be necessary. But given that Plaintiffs' are requesting only an additional 14 days for their response, the maximum impact of granting Plaintiffs' motion is modest.

For the foregoing reasons, Plaintiffs request that the Court grant their motion for an extension of time to respond to Defendants' motion to exclude.

Date:   August 23, 2018                    Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
Nicole J. Moss (Bar No. 472424)
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

*Attorneys for Plaintiffs*