# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 14-953-TNM |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of the Board of Governors of the Federal Reserve System from this action.

Date:   September 24, 2018            Respectfully submitted,

/s/ Katherine H. Wheatley             /s/ Charles J. Cooper
Katherine H. Wheatley                 Charles J. Cooper (Bar No. 248070)
Associate General Counsel             ccooper@cooperkirk.com
Yvonne F. Mizusawa                    David H. Thompson (Bar No. 450503)
Senior Counsel                        Peter A. Patterson (Bar No. 998668)
Joshua P. Chadwick, D.C. Bar No. 502279   Nicole J. Moss (Bar No. 472424)
Senior Counsel                        Harold S. Reeves (Bar No. 459022)
Yonatan Geblblum                      COOPER & KIRK, PLLC
Counsel                               1523 New Hampshire Avenue, N.W.
Board of Governors of the Federal Reserve   Washington, D.C. 20036
System                                (202) 220-9600
20th & C Streets, N.W.                (202) 220-9601 (fax)
Washington, D.C. 20551
(202) 452-3436 (phone)                *Attorneys for Plaintiffs*
(202) 736-5615 (fax)
yonatan.gelblum@frb.gov               BAO NGUYEN
                                      Acting Chief Counsel
*Attorneys for Board of Governors of the*   CHARLES M. STEELE
*Federal Reserve System*              Deputy Chief Counsel
                                      GREGORY F. TAYLOR
COLLEEN J. BOLES                      Director for Litigation
Assistant General Counsel             MICHAEL K. MORELLI

1

BARBARA KATRON
Senior Counsel
/s/ Duncan N. Stevens
DUNCAN N. STEVENS D.C. Bar No. 473550
Counsel
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive, D-7028
Arlington, VA 22226
dstevens@fdic.gov
(703) 562-2402 (phone)
(703) 562-2477 (fax)

*Attorneys for Federal Deposit Insurance Corporation*

Attorney – Litigation Division
/s/ Peter C. Koch
PETER C. KOCH
Assistant Director for Litigation
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone: (202) 649-6313
Facsimile: (202) 649-5709
peter.koch@occ.treas.gov

*Attorneys for the Office of the Comptroller of the Currency and for Joseph Otting in his official capacity as Comptroller of the Currency*