**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 14-953-TNM |

**[PROPOSED] ORDER**

It is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED. It is hereby DECLARED that the efforts by Defendants the Federal Deposit Insurance Corporation and the Office of Comptroller of the Currency to pressure financial institutions into cutting off Plaintiffs' access to the banking system are in violation of Plaintiffs' rights under the Due Process Clause. It is further hereby ORDERED that Defendants shall: 1) cease harming Plaintiffs' reputations; 2) cease applying informal pressure to banks to encourage them to terminate business relationships with Plaintiffs, or otherwise seeking to deprive Plaintiffs of access to financial services, on account of Plaintiffs' being members of the payday lending industry; and 3) issue a public clarification that the mere status of being a payday lender does not make an entity a "high-risk" customer for a bank and that having payday-lender customers does not, standing alone, require heightened monitoring or enhanced due diligence.

SO ORDERED.

DATED: _____         _____
                                          Trevor N. McFadden
                                          United States District Judge