UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS INC., ) ) ) ) Plaintiff, ) ) v. ) ) ) FEDERAL DEPOSIT INSURANCE ) CORPORATION, et al., ) ) ) Defendants. ) ) | CIVIL ACTION<br><br>Case No. 14-953 (TNM) |

**DEFENDANTS OFFICE OF THE COMPTROLLER OF THE CURRENCY AND JOSEPH OTTING'S MOTION FOR SUMMARY JUDGMENT ON COUNT II OF THE THIRD AMENDED COMPLAINT**

Defendants Office of the Comptroller of the Currency and Joseph Otting, in his official capacity as Comptroller of the Currency, (together "OCC"), through the undersigned counsel, move the Court for summary judgment on Count II of Plaintiffs' Third Amended Complaint ("Complaint") pursuant to Federal Rule of Civil Procedure 56(c). Plaintiffs lack standing to sue because they cannot show that the OCC made statements that caused the nine national banks named in the Complaint to terminate business relationships with their companies. Plaintiffs also cannot establish a change in status under law or a stigma, nor can they show a current or threatened broad preclusion from a trade or business that implicates a liberty interest. All three Plaintiffs remain in the payday lending business and remain profitable.

In support of this motion, the OCC respectfully submits the attached Memorandum of Law, Statement of Undisputed Material Facts, and attached exhibits.

Date:   October 12, 2018                    Respectfully submitted,

BAO NGUYEN
Acting Chief Counsel
CHARLES M. STEELE
Deputy Chief Counsel
GREGORY F. TAYLOR
Director for Litigation
PETER C. KOCH
Assistant Director for Litigation

<u>/s/ Michael K Morelli</u>
MICHAEL K. MORELLI
Attorney – Litigation Division
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone: (202) 649-6209
Facsimile: (202) 649-5709
michael.morelli@occ.treas.gov

*Attorneys for the Office of the Comptroller of the Currency and for Joseph Otting in his official capacity as Comptroller of the Currency*