IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS INC., et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>  Defendants. | Civil Action No. 14-953 (TNM) |

EXHIBIT INDEX – STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| Exhibit | Title | Record Citation |
|---|---|---|
| 1 | March 19, 2015 Email from Patrick O'Shaughnessy to William (Bill) Isaac | Rudolph Deposition Exhibit 21 |
| 2 | Comptroller's Handbook, Bank Supervision Process – available at (https://www.occ.gov/publications/publications-by-type/comptrollers-handbook/bank-supervision-process/pub-ch-bank-supervision-process.pdf) | - |
| 3 | Comptroller's Handbook, Consumer Compliance – *available at* http://el.occ/publications/publications-by-type/comptrollers-handbook/compliance-mgmt-systems/pub-ch-compliance-management-systems.pdf) | - |
| 4 | FFIEC Manual – *available at* (https://www.ffiec.gov/bsa_aml_infobase/documents/BSA_AML_Man_2014_v2.pdf) | - |
| 5 | Office of Inspector General – September 2015 | OCC-AA-00001532 – 1604 |

| | | |
|---|---|---|
| 6 | August 21, 2017 letter from Keith A. Noreika, Acting Comptroller of the Currency, to the Honorable Jeb Hensarling | - |
| 7 | Oral Statement of Daniel P. Stipano – July 15, 2014 | - |
| 8 | April 17, 2017 letter from Thomas J. Curry, Comptroller of the Currency, to the Honorable Blaine Luetkemeyer | OCC-AA-00001026-1027 |
| 9 | September 25, 2017 Keith A. Noreika, Acting Comptroller of the Currency, Speech - available at https://www.occ.gov/news-issuances/speeches/2017/pub-speech-2017-110.pdf) | - |
| 10 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00003753 |
| 11 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00003755 |
| 12 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00003659 |
| 13 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00007036 |
| 14 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00006985 |
| 15 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00001349 |
| 16 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00006975 |
| 17 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00006973 |
| 18 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00001344 |
| 19 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00007015 |
| 20 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00007028 |
| 21 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00001255-70 |
| 22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | OCC-AA-00001034-36 |
| 23 | Bank Names and status | AA584123 |
| 24 | Excel sheets converted into PDF for Banks Year 2013 – 2017 | AA258977 |
| 25 | January 23, 2017 Email from Jessica Blackwell to Dale Nelson Attachments: Copy_of_Bank_List_(2) | Nelson Ex. 2 |

| | | |
|---|---|---|
| 26 | Advance America Response to Interrogatories – Exhibit A | - |
| 27 | March 6, 2014 Email from James Ovenden to Jamie Fulmer | AA268445 |
| 28 | April 22, 2013 Email from Dale Nelson to Melissa Spain regarding Meeting | AA367279 |
| 29 | Advance America – Update on relationship exit of banking partners | AA197600-604 |
| 30 | Emails dated 04/08/2013 re Bank Locations | AA420472-73 |
| 31 | [redacted] | OCC-AA-00003815 - 16 |
| 32 | [redacted] | OCC-00004033 - 35 |
| 33 | [redacted] | OCC-00004067 |
| 34 | Letter dated 04/21/2014 re Advance America Cash Advance, LLC, Account 5000189034 | AA004941 |
| 35 | Emails dated 04/25/2014 re Advance America - Letter | AA401203 |
| 36 | [redacted] | OCC-AA-00003787 |
| 37 | [redacted] | OCC-00003896 |
| 38 | [redacted] | OCC-AA-00000022 - 39 |
| 39 | [redacted] | - |
| 40 | Letter dated 06/18/2014 re Termination of Deposit and Treasury Services Relationship | AA004942 - 44 |
| 41 | Email dated 01/20/2017 re Bank List | AA520680 |
| 42 | Letter dated 10/21/2016 re Deposit Account(s) ending in: 9900; 7530; 9853; 9138; 9146; 9154; 7510; 6692; and 8384 | AA004960 - 68 |
| 43 | Emails dated 08/05-11/2016 | AA210813 – 14 |
| 44 | Emails dated 10-20-21-2016 re [redacted] | AA262666 |
| 45 | Emails dated 12/15/2016 re Treasury Database v2.xlsx | AA260244 |
| 46 | Letter dated 05/17/2013 re Termination of Deposit Referenced Below | AA004945 |
| 47 | Undated document re Treasury Update - Banking Relationships | AA007842 - 45 |
| 48 | [redacted] | OCC-AA-00001378 |

| 49 | ███████████████████████ | OCC-AA-00007104 - 06 |
|---|---|---|
| 50 | ███████████████████████ | - |
| 51 | ███████████████████████ | OCC-AA-00007081 - 82 |
| 52 | ███████████████████████ | OCC-AA-00007091 - 98 |
| 53 | ███████████████████████ | OCC-AA-00007120 |
| 54 | ███████████████████████ | OCC-AA-00007121 - 25 |
| 55 | ███████████████████████ | OCC-AA-00007131 - 33 |
| 56 | ███████████████████████ | - |
| 57 | Letter dated 10/20/2014 re Account(s) XXXXXX2370 | AA004951 |
| 58 | Letter dated 11/01/2016 re Notice of account closure and new account management | AA004994 - 96 |
| 59 | Memo dated 11/13/2016 | AA250351 |
| 60 | ███████████████████████ | - |
| 61 | ███████████████████████ | - |
| 62 | ███████████████████████ | OCC-AA-00004422 - 27 |
| 63 | ███████████████████████ | - |
| 64 | Document entitled - Check Into Cash Anti-Money Laundering and Money Services Business Compliance Program (dated 02/13/2017) | CIC000691 - 718 |
| 65 | Advance America v. FDIC – Plaintiff Check Into Cash's Objections and Responses to Defendants' First Set of Interrogatories dated 08/21/2017 | - |
| 66 | Letters. dated 10/30/2013 re Closure of your ███ ███ Relationship | CIC000381 - 83 |

| 67 | Letter dated 10/31/2013 re Letter dated 10/30/2013 | CIC000384-85 |
| --- | --- | --- |
| 68 | Letter dated 02/11/2014 re Intent Not To Renew the Master Services Agreement and Merchant Services Bankcard Addendum to Master Services Agreement | CIC000386 |
| 69 | Letter dated 04/03/2014 re Letter dated 10/31/2013 | CIC000387 |
| 70 | Letter dated 04/03/2014 re Closure of your ▮▮▮▮ Relationship | CIC000388 - 89 |
| 71 | Letter dated 09/12/2014 to ▮▮▮ from Check Into Cash, Inc. | CIC000390 |
| 72 | Letter dated 09/18/2014 re Termination of Master Services Agreement and Merchant Services Bankcard Addendum to Master Services Agreement (includes Schedule 1 Extended MIDS; Check Into Cash Commercial and Corporate Signature Cards; and Corporate Resolution) | CIC000391 - 96 |
| 73 | Letter dated 03/27/2014 re Termination of Deposit and Treasury Services Relationship | CIC000397 |
| 74 | Letter dated 10/11/2016 re Deposit Account(s) ending in: 2215 (included Signature Card and Resolutions) | CIC000448 - 54 |
| 75 | Letter dated 11/12/2013 re Check Into Cash | CIC000404 - 06 |
| 76 | Letter dated 12/22/2016 from William S. Lane, Chief Financial Officer, Check into Cash, Inc. | CIC000583 |
| 77 | Letter dated 11/19/2013 re ▮▮▮▮▮▮'s dated 11/12/2013 | CIC000407 |
| 78 | ▮▮▮ 12/27/2013 – Attention Bill Lane, CFO | CIC000408-410 |
| 79 | ▮▮▮ 2/14/2014 – Attention Bill Lane, CFO | CIC000411 |
| 80 | Letter to ▮▮▮▮ from Check Into Cash, Inc. dated 2/19/2014 | CIC000413 |
| 81 | ▮▮▮ February 20, 2014 – Attention Bill Lane, CFO | CIC000416-417 |
| 82 | ▮▮▮ June 14, 2014 – Attention Bill Lane, CFO | CIC000418-419 |
| 83 | ▮▮▮▮/Check into Cash termination letters and responses | CIC000515-29 |
| 84 | Listing of Check Into Cash accounts throughout United States | CIC096259 |
| 85 | BSA E- Filing Secure Message Reply form to ▮▮▮▮ | NS000582 |
| 86 | Letter to Northstate Check X-Change dated 10/28/2015 | NS000152 |
| 87 | Letter to Northstate Check X-Change dated September 16, 2015 | NS000191 |
| 88 | Letter to Northstate Check X-Change dated October 13, 2015 | NS000562-564 |

| 89 | Letter to Wandra Dixon from Northstate Check X-Change dated October 16, 2015 | NS000565-570 |
|---|---|---|
| 90 | Annual MSB Review – ▮▮▮▮ Reference # 100837617 | NS000571 |
| 91 | Anti-Money Laundering Compliance Policies & Procedures Manual – Northstate Check-X-Change | NS000592 |
| 92 | ▮▮▮▮▮▮▮▮▮▮▮▮ | - |
| 93 | ▮▮▮▮▮▮▮▮▮▮▮▮ | - |
| 94 | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ Deposition Exhibit 8 |
| 95 | Deposition of Glenn Bassett – Tuesday, April 24, 2018 | - |
| 96 | Deposition of Charles W. Calomiris – Thursday, July 12, 2018 | - |
| 97 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | - |
| 98 | Deposition of William S. Lane – Tuesday, May 1, 2018 | - |
| 99 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | - |
| 100 | Deposition of Dale Nelson – Thursday, May 3, 2018 | - |
| 101 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | - |
| 102 | Deposition of Joachim Christian Rudolph – Wednesday, May 9, 2018 | - |
| 103 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | - |