# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS, INC., et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 14-953-TNM |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., | |
| Defendants. | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS OFFICE OF THE COMPTROLLER OF THE CURRENCY AND JOSEPH OTTING'S STATEMENT OF ADDITIONAL FACTS**

Pursuant to Local Rule 7(h), Plaintiffs, Advance America, Cash Advance Centers, Inc., Check Into Cash, Inc., and Northstate Check Exchange, respectfully submit the following response to the Defendants Office of the Comptroller of the Currency and Joseph Otting's Statement of Additional Facts.

1. Undisputed in part, disputed in part, subject to qualification in part, and immaterial in part. Undisputed that Mr. Brown was the head of companies, including but not limited to those identified by the OCC. Undisputed that these companies were either engaged in, or supportive of, payday lending activity, but immaterial because these companies were online payday lenders that attempted to evade state requirements, *see* Defendants Office of the Comptroller of the Currency and Joseph Otting's Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment, Exs. 10, 11 (Dec. 21, 2018), Doc. 221-3, whereas none of the Plaintiffs in this suit are exclusively online payday lenders and comply with state requirements. *See* Plaintiffs' Response to Defendant FDIC's Statement of Undisputed Facts ¶ 13 (Dec. 21,

2018), Doc. 220-1.

    2.    *See* Response to Number 1.

    3.    *See* Response to Number 1.

    4.    *See* Response to Number 1.

    5.    *See* Response to Number 1.

    6.    *See* Response to Number 1.

    7.    *See* Response to Number 1.

Date: January 4, 2019                        Respectfully submitted,

<u>s/ Charles J. Cooper</u>
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
Nicole J. Moss (Bar No. 472424)
Harold S. Reeves (Bar No. 459022)
John D. Ohlendorf (Bar No. 1024544)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)