UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS INC., et al., ) ) ) ) Plaintiffs, ) ) v. ) ) ) FEDERAL DEPOSIT INSURANCE ) CORPORATION, et al., ) ) Defendants. ) ) | CIVIL ACTION<br><br>Case No. 14-953 (TNM) |

**JOINT STATUS REPORT**

The court has referred this matter to the D.C. Circuit Mediation Program, and pursuant to the Court's Minute Order of September 7, 2018, the parties submit this Joint Status Report regarding the status of the mediation.

The parties have met, both separately and jointly, with the court-appointed mediators, and a mediation has been scheduled for March 6 and 7. The parties request leave to file a Joint Status Report no later than March 29, 2019, to advise the Court further about the progress of settlement discussions.

        Respectfully submitted,

        COLLEEN J. BOLES
        Assistant General Counsel
        BARBARA KATRON
        Senior Counsel
        _____/s/_____
        DUNCAN N. STEVENS D.C. Bar No. 473550
        ANDREW J. DOBER D.C. Bar No. 489638
        Counsel
        Federal Deposit Insurance Corporation
        3501 N. Fairfax Drive, D-7028

Arlington, VA 22226
dstevens@fdic.gov
(703) 562-2402 (phone)
(703) 562-2477 (fax)

Attorneys for Federal Deposit Insurance Corporation

JONATHAN V. GOULD
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN
Principal Deputy Chief Counsel
GREGORY F. TAYLOR
Director for Litigation
MICHAEL K. MORELLI
Attorney – Litigation Division

/s/ Peter C. Koch
PETER C. KOCH
Assistant Director for Litigation
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone: (202) 649-6313
Facsimile: (202) 649-5709
peter.koch@occ.treas.gov

Attorneys for the Office of the Comptroller of the Currency
and for Joseph Otting in his official capacity as
Comptroller of the Currency

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
Nicole J. Moss (Bar No. 472424)
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Attorneys for Plaintiffs

February 28, 2019