UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No. 14-953 (TNM) |

**JOINT STATUS REPORT**

The court has referred this matter to the D.C. Circuit Mediation Program, and pursuant to the Court's Minute Order of March 1, 2019, the parties submit this Joint Status Report regarding the status of the mediation.

The parties met for a mediation session on March 6 and 7, and discussions have continued since then. Progress has been made, but the parties need more time to determine whether a final resolution can be reached. Accordingly, the parties request leave to file a Joint Status Report no later than April 30, 2019, to advise the Court further about the progress of settlement discussions.

Respectfully submitted,

COLLEEN J. BOLES
Assistant General Counsel
BARBARA KATRON
Senior Counsel
_____/s/_____
DUNCAN N. STEVENS D.C. Bar No. 473550
ANDREW J. DOBER D.C. Bar No. 489638
Counsel

Federal Deposit Insurance Corporation
3501 N. Fairfax Drive, D-7028
Arlington, VA 22226
dstevens@fdic.gov
(703) 562-2402 (phone)
(703) 562-2477 (fax)

Attorneys for Federal Deposit Insurance Corporation

JONATHAN V. GOULD
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN
Principal Deputy Chief Counsel
GREGORY F. TAYLOR
Director for Litigation
MICHAEL K. MORELLI
Attorney – Litigation Division

/s/ Peter C. Koch
PETER C. KOCH
Assistant Director for Litigation
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone: (202) 649-6313
Facsimile: (202) 649-5709
peter.koch@occ.treas.gov

Attorneys for the Office of the Comptroller of the Currency
and for Joseph Otting in his official capacity as
Comptroller of the Currency

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
Nicole J. Moss (Bar No. 472424)
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Attorneys for Plaintiffs

2

March 29, 2019