UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS INC., et al.,  )<br>)<br>)<br>)<br>  Plaintiffs,  )<br>)<br>  v.  )<br>)<br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,  )<br>)<br>)<br>  Defendants.  )<br>) | CIVIL ACTION<br><br>Case No. 14-953 (TNM) |

**JOINT STATUS REPORT**

The court has referred this matter to the D.C. Circuit Mediation Program, and pursuant to the Court's Minute Order of April 1, 2019, the parties submit this Joint Status Report regarding the status of the mediation.

The parties are close to concluding their negotiations, but discussions are still ongoing, and the parties need more time to determine whether a final resolution can be reached. Accordingly, the parties request leave to file a Joint Status Report no later than May 14, 2019, to advise the Court further about the progress of settlement discussions.

Respectfully submitted,

COLLEEN J. BOLES
Assistant General Counsel
BARBARA KATRON
Senior Counsel
         /s/
DUNCAN N. STEVENS D.C. Bar No. 473550
ANDREW J. DOBER D.C. Bar No. 489638
Counsel
Federal Deposit Insurance Corporation
3501 N. Fairfax Drive, D-7028

Arlington, VA 22226
dstevens@fdic.gov
(703) 562-2402 (phone)
(703) 562-2477 (fax)

Attorneys for Federal Deposit Insurance Corporation

JONATHAN V. GOULD
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN
Principal Deputy Chief Counsel
GREGORY F. TAYLOR
Director for Litigation
MICHAEL K. MORELLI
Attorney – Litigation Division

/s/ Peter C. Koch
PETER C. KOCH
Assistant Director for Litigation
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone: (202) 649-6313
Facsimile: (202) 649-5709
peter.koch@occ.treas.gov

Attorneys for the Office of the Comptroller of the Currency and for Joseph Otting in his official capacity as Comptroller of the Currency

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
Nicole J. Moss (Bar No. 472424)
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Attorneys for Plaintiffs

April 30, 2019