UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS INC., et al., ) ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) v. ) ) | Case No. 14-953 (TNM) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., ) ) ) ) | |
| Defendants. ) ) | |

**JOINT STATUS REPORT**

The court has referred this matter to the D.C. Circuit Mediation Program, and pursuant to the Court's Minute Order of April 30, 2019, the parties submit this Joint Status Report regarding the status of the mediation.

The parties are close to concluding their negotiations, but discussions are still ongoing, and the parties need more time to determine whether a final resolution can be reached. Accordingly, the parties request leave to file a Joint Status Report no later than May 21, 2019, to advise the Court further about the progress of settlement discussions.

                                                Respectfully submitted,

                                                COLLEEN J. BOLES
                                                Assistant General Counsel
                                                BARBARA KATRON
                                                Senior Counsel
                                                _____/s/_____
                                                DUNCAN N. STEVENS D.C. Bar No. 473550
                                                ANDREW J. DOBER D.C. Bar No. 489638
                                                Counsel
                                                Federal Deposit Insurance Corporation
                                                3501 N. Fairfax Drive, D-7028

Arlington, VA 22226
dstevens@fdic.gov
(703) 562-2402 (phone)
(703) 562-2477 (fax)

Attorneys for Federal Deposit Insurance Corporation

JONATHAN V. GOULD
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN
Principal Deputy Chief Counsel
GREGORY F. TAYLOR
Director for Litigation
MICHAEL K. MORELLI
Attorney – Litigation Division

/s/ Peter C. Koch
PETER C. KOCH
Assistant Director for Litigation
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone: (202) 649-6313
Facsimile: (202) 649-5709
peter.koch@occ.treas.gov

Attorneys for the Office of the Comptroller of the Currency
and for Joseph Otting in his official capacity as
Comptroller of the Currency

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
Nicole J. Moss (Bar No. 472424)
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Attorneys for Plaintiffs

May 14, 2019