UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE AMERICA, CASH ADVANCE CENTERS INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No. 14-953 (TNM) |

**JOINT STATUS REPORT**

The court has referred this matter to the D.C. Circuit Mediation Program, and pursuant to the Court's Minute Order of May 15, 2019, the parties submit this Joint Status Report regarding the status of the mediation.

The parties have reached a tentative settlement. The FDIC's senior management has not yet had an opportunity to review the agreement, but the FDIC does not anticipate any objections. The parties expect to file a stipulated dismissal of the matter no later than May 28, 2019.

        Respectfully submitted,

        COLLEEN J. BOLES
        Assistant General Counsel
        BARBARA KATRON
        Senior Counsel
           /s/
        DUNCAN N. STEVENS D.C. Bar No. 473550
        ANDREW J. DOBER D.C. Bar No. 489638
        Counsel
        Federal Deposit Insurance Corporation
        3501 N. Fairfax Drive, D-7028
        Arlington, VA 22226
        dstevens@fdic.gov

(703) 562-2402 (phone)
(703) 562-2477 (fax)

Attorneys for Federal Deposit Insurance Corporation

JONATHAN V. GOULD
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN
Principal Deputy Chief Counsel
GREGORY F. TAYLOR
Director for Litigation
MICHAEL K. MORELLI
Attorney – Litigation Division

/s/ Peter C. Koch
PETER C. KOCH
Assistant Director for Litigation
Office of the Comptroller of the Currency
400 7th Street SW
Washington DC 20219
Telephone: (202) 649-6313
Facsimile: (202) 649-5709
peter.koch@occ.treas.gov

Attorneys for the Office of the Comptroller of the Currency and for Joseph Otting in his official capacity as Comptroller of the Currency

/s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070)
ccooper@cooperkirk.com
David H. Thompson (Bar No. 450503)
Peter A. Patterson (Bar No. 998668)
Nicole J. Moss (Bar No. 472424)
Harold S. Reeves (Bar No. 459022)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Attorneys for Plaintiffs

May 21, 2019